**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| **ADAMS STONE**, individually and on behalf of all others similarly situated,<br><br>  **Plaintiff,**<br><br>v.<br><br>**KEFFER AUTOMOTIVE GROUP, LLC d/b/a MAZDA OF COLUMBIA,**<br><br><br>  **Defendant** | **Civil Action No.** <u>3:26-cv-02225-MGL</u><br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES**

Plaintiff submits answers to Local Rule 26.01 Interrogatories as follows:

(A) State the full name and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the bases and extent of said interest.

**ANSWER:** None.

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:** Tried by jury.

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate: (2) each publicly owned company which owns ten percent or more of the outstanding share or other indicia of ownership of the party; and

(3) each publicly owned company in which the party owns ten percent or more of the

1

outstanding shares.

**ANSWER:** ADAM STONE is a natural person and is not a publicly owned company.

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis

for any challenge to the appropriateness of the division).

**ANSWER:** Plaintiff is a resident of Richland, South Carolina and Defendant has a business

within the District of South Carolina.

(E)     Is this action related in whole or in part to any other matter filed in this District, whether

civil or criminal?  If so, provide: (1) a short caption and full case number of the related

action; (2) an explanation of how the matters are related; and (3) a statement of the

status of the related action.  Counsel should disclose any cases which may be related

regardless of whether they are still pending.  Whether cases are related such that they

should be assigned to a single judge will be determined by the Clerk of Court based on

a determination of whether the cases: arise from the same or identical transactions,

happenings or events; involve the identical parties or property; or for any other reason

would entail substantial duplication of labor if heard by different judges.

**ANSWER**: No

(H)     In an action which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party

or intervenor must, unless the court orders otherwise, name – and identify the citizenship of –

every individual or entity whose citizenship is attributed to that party or intervenor. This

response must be supplemented when any later event occurs that could affect the court's

jurisdiction under § 1332(a).

**ANSWER:**     Plaintiff is a resident of Richland County, South Carolina. Defendant is a corporation located in South Carolina.


Dated: June 5, 2026                                    Respectfully submitted,


_/s/ Paul J. Doolittle_
Paul J. Doolittle, Esq. (Fed ID No. 6012)
**POULIN WILLEY ANASTOPOULO LLC**
32 Ann Street
Charleston, SC 29403
Telephone: (803)222-2222
Email:paul.doolittle@poulinwilley.com
cmad@poulinwilley.com


*Attorney for Plaintiff & Proposed Class*

2