**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

ADAMS STONE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

KEFFER AUTOMOTIVE GROUP, LLC d/b/a MAZDA OF COLUMBIA.,

Defendant.

**CASE NO. 3:26-cv-02225**

**CERTIFICATE OF SERVICE**

In accordance with Rule 4 of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the Summons, Complaint and Answer to Interrogatories issued by the United States District Court for the District of South Carolina on Keffer Automotive Group, LLC d/b/a Mazda of Columbia, was served on June 9, 2026, via Process Server, return receipt attached hereto known as Exhibit "A".

Dated: June 18, 2026

Respectfully submitted,
*/s/ Paul J. Doolittle*
Paul J Doolittle, Esq. (Fed ID No. 6012)
**POULIN WILLEY ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Email: paul.doolittle@poulinwilley.com
cmad@poulinwilley.com
**Pro Hac Vice* forthcoming

*Attorney for Plaintiff*