AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-cv-02225-MGL**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Keffer Automotive Group, LLC d/b/a Mazda of Columbia** was received by me on **6/09/2026:**

☐ I personally served the **SUMMONS; ANSWER TO INTERROGATORIES; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Jason Reeves**, who is designated by law to accept service of process on behalf of **Keffer Automotive Group, LLC d/b/a Mazda of Columbia** at **665 Broad River Rd, Columbia, SC 29210** on **06/09/2026 at 4: 33 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date: 6-22-26

Cecil D Lanier

*Server's signature*

**Cecil D Lanier**

*Printed name and title*

**252 Trinity Three Road**
**Irmo, SC 29063**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; ANSWER TO INTERROGATORIES; COMPLAINT, to Jason Reeves who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 5'4"-5'6" tall and weighing 200-240 lbs.**

Tracking #: **0228547113**