IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| ADAMS STONE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>KEFFER AUTOMOTIVE GROUP, LLC d/b/a MAZDA OF COLUMBIA,<br><br>        Defendant. | CA # 3:26-cv-02225-SAC |

**DEFENDANT'S RESPONSES TO
LOCAL CIVIL RULE 26.01 INTERROGATORIES**

Defendant Keffer Automotive Group, LLC d/b/a Mazda of Columbia, pursuant to Local Civil Rule 26.01, files its responses to the following Interrogatories:

**INTERROGATORY A:**  State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE:**  None.

**INTERROGATORY B:**  As to each claim, state whether it should be tried to a jury or nonjury and why.

**RESPONSE:**  Plaintiff has demanded a jury trial on his claims, and Defendant agrees that a jury trial is available.

**INTERROGATORY C:** State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE:** Defendant is not a publicly owned entity or affiliated with any publicly owned entity.

**INTERROGATORY D:** State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE:** Defendant does not challenge the appropriateness of the division.

**INTERROGATORY E:** Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.

**RESPONSE:** No.

**INTERROGATORY F:** If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE:** Defendant is not improperly identified.

**INTERROGATORY G**:  If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**RESPONSE**:  Not applicable.


**INTERROGATORY H**: Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a)

**RESPONSE**:  Not applicable.


This the 21st day of July 2026.

Respectfully Submitted,

CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP

s/ Cara Y. Crotty
Cara Y. Crotty, Fed ID #6869
1301 Gervais Street, Suite 1020
Columbia, SC 29201
Telephone: 803-256-3200
ccrotty@constangy.com


**COUNSEL FOR DEFENDANT**

3