IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| ADAMS STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEFFER AUTOMOTIVE GROUP, LLC d/b/a MAZDA OF COLUMBIA,<br><br>Defendant. | ) | CA # 3:26-cv-02225-SAC |

**ATTESTATION OF COMPLIANCE WITH**
**ORDER REGARDING REFERRALS TO MAGISTRATE JUDGES**

The undersigned certifies that she has (1) provided Defendant with a copy of the Order Regarding Referrals to Magistrate Judges entered by Chief United States District Judge Timothy M. Cain on June 12, 2026; and (2) advised Defendant of the availability of consenting to disposition by a United States Magistrate Judge.

This the 20th day of August 2026.

CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP

s/Cara Y. Crotty
Cara Y. Crotty, Fed ID #6869
1320 Main Street, Suite 300
Columbia, SC 29201
Telephone: 803-256-3200
ccrotty@constangy.com

***Attorneys for Defendant***