IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

ADAMS STONE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

KEFFER AUTOMOTIVE GROUP, LLC d/b/a MAZDA OF COLUMBIA,

Defendant.

CA # 3:26-cv-02225-SAC

**RULE 26(f) REPORT**

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed July 22, 2026, requires modification as set forth in the proposed Consent Amended Scheduling Order, which will be emailed to chambers as required (use format of the court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be jointly filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the court. **The parties' proposed discovery plan as required by Fed. R. Civ. P. 26(f), with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

This the 25th day of August 2026.

Respectfully submitted,

*s/ Paul J. Doolittle*
Paul J. Doolittle, Fed ID #6012
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Tel: 803.222.2222
paul.doolittle@poulinwilley.com
cmad@poulinwilley.com

Christopher E. Berman (*pro hac vice forthcoming*)
**SHAMIS GENTILE**
**CLASS ACTION LAW FIRM**
14 NE 1st Ave Suite 705
Miami, FL 33132
Tel: 305.479.2299

***Attorneys for Plaintiff and the proposed Classes***

*s/ Cara Y. Crotty*
Cara Y. Crotty, Fed ID #6869
**CONSTANGY, BROOKS,**
**SMITH & PROPHETE, LLP**
1320 Main Street, Suite 300
Columbia, SC 29201
Tel: 803.256.3200
ccrotty@constangy.com

***Attorneys for Defendant***