**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| ADAM STONE, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>KEFFER AUTOMOTIVE GROUP, LLC d/b/a. MAZDA OF COLUMBIA<br><br>Defendant. | Case No.: **3:26-CV-02225** |

**MOTION IN SUPPORT OF *PRO HAC VICE* APPLICATION**

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Christopher Eric Berman be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

☐ No duty of consultation is required because the opposing party is proceeding pro se.

Poulin Willey Anastopoulo, LLC
Firm Name
32 Ann Street
Street Address or Post Office Box
Charleston, South Carolina 29403
City, State, Zip Code
(803) 222-2222
Telephone Number
paul.doolittle@poulinwilley.com
E-Mail Address

Paul J. Doolittle
Name of Local Counsel
*/s/ Paul J. Doolittle*
Signature of Local Counsel
Local Counsel for
Plaintiff Adam Stone

District of South Carolina
Federal Bar Number: 6012

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 17, 2026, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Paul J. Doolittle*
Paul J. Doolittle