# EXHIBIT A

| JURISDICTION | DATE OF ADMISSION |
|---|---|
| Florida State Bar | 09/25/2018 Bar # 1010654 |
| Southern District of Florida | 08/16/2022 |
| Middle District of Florida | 05/14/2024 |
| Northern District of Illinois | 04/26/2024 |
| Western District of Michigan | 11/18/2025 |
| Eastern District of Texas | 03/19/2026 |
| Northern District of Ohio | 03/31/2026 |
| Southern District of Texas | 03/25/2026 |
| Western District of Texas | 04/15/2026 |
| Northern District of Texas | 05/12/2026 |
| U.S. COURT OF APPEALS, ELEVENTH CIRCUIT | 05/14/2026 |
| Western District of Oklahoma | 08/11/2026 Bar # 26-159 |